

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

August 10, 2015

BY ECF AND ELECTRONIC MAIL

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
Courtroom 905
New York, NY 10007
SullivanNYSDChambers@nysd.uscourts.gov

Re: *Suazo v. Martinson, et al*, Case No. 1:15-cv-04885 (RJS)

Dear Judge Sullivan:

In response to the Court's Order dated August 10, 2015 (ECF Dkt 17), Defendants Jonathan Martin and Smoke & Mirrors Collaborative ("SMC") support granting Defendant Zoey Martinson's request for an extension of time to answer the Complaint in the above-captioned case. In their own August 4 letter to the Court (ECF Dkt 14), requesting an extension of time to August 22, 2015 to respond to the Complaint, Martin and SMC had requested that, for the sake of efficiency and to allow them to coordinate their response with Ms. Martinson, the Court grant Ms. Martinson the same extension of time to respond. On August 4, the Court granted that request with respect to Martin and SMC (ECF Dkt. 15).

The Honorable Richard J. Sullivan                    2                           August 10, 2015

                                      Respectfully submitted,

                                      DEBEVOISE & PLIMPTON LLP

                                      <u>/s/ Jeffrey P. Cunard</u>
                                      Jeffrey P. Cunard
                                      Olena V. Ripnick-O'Farrell
                                      919 Third Avenue
                                      New York, New York 10022
                                      (212) 909-6000
                                      jpcunard@debevoise.com
                                      ovripnickofarrell@debevoise.com

                                      *Attorneys for Jonathan Martin and*
                                      *Smoke & Mirrors Collaborative*

cc: Counsel of Record (via e-mail)