# EXHIBIT 2

# NDEBELE FUNERAL

By Ivan Suazo

Players: DAWETI, female, 24
THABO, male, 22

> A shanty in the Soweto township near Johannesburg, South Africa.
>
> DAWETI has just finished building a rather modest and beat-up wooden coffin. She steps inside the coffin and, lying there, begins to sing a melancholy song popular among Black South Africans: "Senzeni Na."
>
> THABO enters. Daweti stops singing as she hears him approach. He sings the same song, but in an up-beat manner, dancing. Daweti jumps out of the coffin and quickly pushes it into the darkness upstage.
>
> Thabo bangs on the tin door of the shanty.

THABO
Daweti! Daweti!

DAWETI
Don't knock, Thabo!

THABO
Open up, Daweti!

DAWETI
You're going to bring my entire shanty down!

THABO
That's okay now!

DAWETI
Go home, Thabo! I'm busy!

> Thabo rips the door of the shack.

THABO
(holding the door)
I think I just found my surfboard for our road trip to Durban.

DAWETI
What the hell's gotten into you?

                        THABO
Hell has never gotten into me, babe.

                        DAWETI
You just ripped my door!

                        THABO
I did?  Well, it was more like a piece of tin anyway.  Don't you think?

                        DAWETI
Fix it!

                        THABO
Why?  You don't need this waste anymore.
            (he finds her cigarettes)
And you don't need these, either!

                        DAWETI
Didn't you get my group email?  I wrote that I did not want to be bothered these days.

                        THABO
You mean to tell me that you plan on building the new house by yourself?

                        DAWETI
What house?

                        THABO
You're funny.  I saw the concrete outside.  The bricks, the cement, the sand --

                        DAWETI
Those aren't mine!

                        THABO
Then why are they in your yard?

                        DAWETI
Don't call it a yard!  I'm keeping those things for Pamela.

                        THABO
Pamela has her own yard to keep things in.

                        DAWETI
Don't call it a yard.

                        THABO
So you're saying that all that cement and all that sand out there is for Pam?

                    DAWETI
Yes.  I'm busy, Thabo, so --

                    THABO
Then why is it that Pamela has already assembled her brand new
home-building kit, courtesy of the Housing Ministry itself?

                    DAWETI
               (pause, reflection)
I thought Pamela was on the waiting list?

                    THABO
Not anymore.  Government sent her the materials yesterday.
Oscar's helping her build it as we speak.  Now come on!  Where's
the wood?  I'd like to build a home by the end of the week.

                    DAWETI
Ay, wena.

                    THABO
Zapa, wena!  Come, come!  Let's do this.

                    DAWETI
I don't feel well today, Thabo.  I'm not in the mood for that.

                    THABO
What are in you the mood for?

                    DAWETI
You know what I'm in the mood for.

                    THABO
               (pause)
Sorry.

                    DAWETI
There's no point dwelling on that.

                    THABO
Have you been taking your meds?

                    DAWETI
You know I don't like talking about it.

                    THABO
That's what has this country on death's list.  No one likes to
talk about it.

                    DAWETI
Or use anything to prevent it.  Now that's as much talk as you're
getting from me --

>              He tries to search the house during
>              several beats.  She blocks each of his
>              attempts by getting in his way, pulling
>              him, etc.

                    THABO
              (suspicious)
          What were you doing before I came?

                    DAWETI
          Working out.

                    THABO
          And is smoking part of your cardio rush?

                    DAWETI
          It opens up the lungs quite nice.  Now if you don't mind --

                    THABO
          Do you usually work out in jeans?

                    DAWETI
          Yes!  You know?  It helps with circulation.  Goodbye, Thabo.

                    THABO
          Okay.

>              Thabo pushes her and runs upstage.  He
>              finds the coffin.

                    THABO
          What's this?

                    DAWETI
          None of your bloody business.

>              Thabo pushes the coffin to the forefront.

                    THABO
          Is this a coffin?

                    DAWETI
          It's a trunk.

                    THABO
          Exactly how many dead bodies do you plan to keep as antiques?

                    DAWETI
          Yours, for one, if you don't piss off!

                    THABO

Shut it. What are you doing with this? Is this the wood from the housing ministry?

DAWETI
I deserve it.

THABO
Deserve what?

DAWETI
Go home, ey?

THABO
This wood is meant to help you build a new home. Not death beds or crypts.

DAWETI
I'm not building a home.

THABO
Right. I'll go get some water. We'll need it to mix the cement.

DAWETI
If you're going to the well you might as well dive in.

THABO
What is wrong with you? Is it the medication?

DAWETI
I don't take pills for something that's incurable. I'm not a delusional optimist. Do I look like Mandela to you?

> Beat. Thabo goes to the coffin and begins to kick it apart. Daweti stops him.

DAWETI
Behave, would you? This is my fucking shanty!

THABO
Not for long.

DAWETI
I deserve a coffin. Simple as that.

THABO
Why don't you worry about a coffin --

DAWETI
When? When there's enough lesions to render me incapable of worrying?
       (pause)
Do you know what I did? I went to Ndebele Funeral.

                        THABO

What were you doing at Ndebele funeral home?

                        DAWETI

Like I said, I deserve a coffin. Simple as that. But not at the price they're asking. And not when the Afrikaaners have all the money in this fucking country. I deserve a good coffin while I'm dying --

                        THABO

You deserve a good roof while you're living.

                        DAWETI

I have a different opinion.

                        THABO

What's that?

                        DAWETI

That I'm done assuming, Thabo.

                        THABO

What assumptions, Daweti?

                        DAWETI

Assuming that the employment agency is going to call one of these days, I sit by the phone.

                        THABO

Everything's backed-up in this country.

                        DAWETI

No, this is a backwards country. Assuming that my family will write to me from the Transkei I wait for the mailman. Lo and behold...nothing.

                        THABO

Maybe they're backed up --

                        DAWETI

They're backwards. I'm their daughter and they treat me like a dog because of this thing I have. I'm qualified to be a typist, a secretary, I have a law degree, but I'm a dog because of this thing I have. This disease works like an eraser at the end of a very short pencil. There's no ink thick enough to write over it.

                        THABO

You're not dead yet.

                        DAWETI

No, but I'm wasting my time, and I'm not going to assume that I have much of it left.  So can I please secure my death without you breathing down my neck?

                     THABO
And what makes you think you're wasting _my_ time?

                     DAWETI
I don't like to make that assumption.  You're a good friend.  But you said yourself...you can't give me what I want.

                     THABO
I would but...I'd hate to be another statistic in this country, Daweti.

                     DAWETI
Don't worry about it, man.

                     THABO
I'll buy you a coffin.

                     DAWETI
You don't have money.

                     THABO
Well, then, I'll build you one after --

                     DAWETI
I already built one.

                     A long pause.  Thabo unbuttons his shirt.

                     DAWETI
What are you doing?

                     Thabo kisses her.  They trip into the coffin and go about their business.

                     DAWETI
Wait!

                     Daweti pulls a condom from her pocket, shows it to Thabo, who flings it away.

                     DAWETI
No, Thabo!

                     She holds another condom in her hand.  Thabo flings this one too.

                     DAWETI
Damnit, Thabo!

>                    Another condom.   Another fling.
>
>                         DAWETI
> Shit, Thabo!
>
>                    Another condom.   Fling.
>
>                         DAWETI
> Fuck, Thabo!
>
>                         THABO
> That's what I'm trying to do!
>
>                    Condom.  Fling.  Condom.  Fling.  Daweti
>                    protests: No, This is not right, etc.
>                    More condoms...
>
>                         THABO
> What are you, the Trojan Mule?
>
>                         DAWETI
> Stop, Thabo!
>
>                    They struggle, banging on the coffin until
>                    it finally comes apart.  They topple out,
>                    find some distance between them.  In a
>                    moment, Thabo picks up the wooden pieces.
>
>                         DAWETI
> You know, as much as I want to, I'm not going to ignore what I
> have for the sake of a little fun.
>
>                         THABO
> For some reason I knew you would say that.
>
>                    She helps him pick up the pieces.
>
>                         DAWETI
> I'm not going to build a home.
>
>                         THABO
> Who has said anything about building a home?
>
>                    Thabo helps Daweti put the pieces of wood
>                    back in place to form the coffin again.
>
>                         DAWETI
> That song you were singing on the way here is not supposed to be
> uplifting, you know.
>
>                         THABO
>                    (off the wood)

Talk about using things in a way they're not supposed to be used.

                    DAWETI
It's not just that. You have a terrible voice.

                    THABO
Blow me, babe.

                    DAWETI
Wish I could.

                    The end.